No. 05–288. Microsoft Corp. v. Eolas Technologies Inc. et al. C. A. Fed. Cir. Certiorari denied. The Chief Justice

took no part in the consideration or decision of this petition.